# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMERSON LESLIE,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01989-APG-VCF

**ORDER**

Respondents having submitted a motion for enlargement of time (first request) (Dkt. #11), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (first request) (Dkt. #11) is **GRANTED**. Respondents shall have through September 3, 2014, to file and serve an answer or other response to the petition (Dkt. #8).

Dated: July 10, 2014.

_____
ANDREW P. GORDON
United States District Judge