# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMERSON LESLIE,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01989-APG-VCF

**ORDER**

    Before the court are petitioner's motion for reconsideration (Dkt. #10) of the court's order denying petitioner's motion for appointment of counsel and petitioner's renewed motion for appointment of counsel (Dkt. #17). Nothing in these motions causes the court to depart from its denial of petitioner's earlier request for appointment of counsel.

    Also before the court are petitioner's motions for leave of the court to conduct pre-hearing discovery (Dkt. #13, #14), and motion for evidentiary hearing (Dkt. #18). Nothing at this stage of the proceedings indicates to the court the need for discovery or for an evidentiary hearing.

    **IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration (Dkt. #10) is **DENIED**.

    **IT IS FURTHER ORDERED** that petitioner's motions for leave of the court to conduct pre-hearing discovery (Dkt. #13, #14) are **DENIED**.

    **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (Dkt. #17) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for an evidentiary hearing (Dkt. #18) is **DENIED**.

Dated: September 12, 2014.

_____
ANDREW P. GORDON
United States District Judge