# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMERSON LESLIE,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01989-APG-VCF

**ORDER**

    Respondents have submitted a notice (#37), stating that the copy of the motion to dismiss (#23) and the copies of exhibits that they served upon petitioner were lost in the mail until or around October 17, 2014. Under the circumstances, the court will give petitioner additional time to respond to the motion to dismiss.

    IT IS THEREFORE ORDERED that petitioner shall have thirty (30) days from the date of entry of this order to file and serve a response to the motion to dismiss (#23).

    DATED: October 20, 2014

                                            ANDREW P. GORDON
                                            United States District Judge